<br>

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| HECTOR AYON COVARRUBIAS, | CASE NO. 15cv2664 DMS (WVG) |
|---|---|
| Plaintiff, | **ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. |  |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, |  |
| Defendant. |  |

On November 25, 2015, Plaintiff Hector Ayon Covarrubias filed a Complaint for Judicial Review of Final Administrative Decision of the Commissioner of Social Security. The parties filed cross-motions for summary judgment, and on November 17, 2016, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion and grant Defendants' motion. Neither side has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and **DENIES** Plaintiff's motion for

///

///

///

summary judgment and **GRANTS** Defendant's motion for summary judgment. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: January 19, 2017

HON. DANA M. SABRAW
United States District Judge